## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Allan Brittle, Jr., | Civil No. 06-2092 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Astrue, Commissioner of Social Security, | |
| Defendant. | |

---

Based on this Court's review of the record, the Court **AFFIRMS** Magistrate Judge Boylan's Report and Recommendation (Doc. No. 14) dated February 20, 2007. **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Doc. No. 14) dated February 20, 2007 is **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment (Docket No. 8) is **DENIED**; and

3. Defendant's Motion for Summary Judgment (Doc. No. 11) is **GRANTED**.

Dated: March 13, 2007

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge